**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Luis Alberto GARCIA, a.k.a. Luis Alberto Juares–Garcia, a.k.a. Luis Alberto Juarez–Garcia, Defendant—Appellant.**

**No. 10–10107.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Nov. 3, 2011.

Christina Marie Cabanillas, Assistant U.S. Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Nathan Donlon Leonardo, Leonardo Law Offices, PLLC, Tucson, AZ, for Defendant–Appellant.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Luis Alberto Garcia appeals from his guilty-plea conviction and 42–month sentence imposed for re-entry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),

Garcia's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

